**Opinion issued January 3, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-09-01059-CV

_____

**FELDON BONNER II, Appellant**

**V.**

**SAUL AUSTIN AND LINDA MAY AUSTIN, Appellees**

---

**On Appeal from the 280th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2007-51857**

---

## MEMORANDUM OPINION

Appellant, Feldon Bonner II, has not filed a clerk's record. We dismiss the appeal for want of prosecution.

On July 24, 2012, we issued an order stating that appellant had not established indigence for purposes of appellate costs and directing that appellant file, within 30 days, written evidence that he had paid, or had made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 20.1; *In re Arroyo*, 988 S.W.2d 737, 739 (Tex. 1998). Appellant did not respond and no clerk's record has been filed.

On October 10, 2012, we notified appellant that this appeal was subject to dismissal unless, within 10 days, he filed written proof from the district clerk's office that he had paid, or had made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(b) (allowing involuntary dismissal). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

### PER CURIAM

Panel consists of Chief Justice Radack and Justices Bland and Huddle.